United States District Court
Southern District of Texas
FILED

MAY 12 1993

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 12 1993

MICHAEL N. MILBY, CLERK
By Deputy: XChampion

| | |
|---|---|
| LEONEL TORRES HERRERA, § § Petitioner, § § v. § § JAMES A. COLLINS, DIRECTOR § TEXAS DEPARTMENT OF § CRIMINAL JUSTICE, § INSTITUTIONAL DIVISION, § § Respondent. § | CIVIL ACTION NO. M-93-106 |

## O R D E R

For the reasons set forth in Memorandum of even date herewith, the Court is of the opinion that the Petitioner's Fourth Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. section 2254, should be denied. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Petition for Writ of Habeas Corpus is hereby DISMISSED.

The Clerk shall send a copy of this Order to Counsel for Petitioner and counsel for Respondent.

Done this _12th_ day of May, 1993, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE