United States District Court
Southern District of Texas
FILED

MAY 12 1993

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 12 1993

MICHAEL N. MILBY, CLERK
By Deputy: Champio

| | |
|---|---|
| LEONEL TORRES HERRERA, § § Petitioner, § § v. § JAMES A. COLLINS, DIRECTOR § TEXAS DEPARTMENT OF § CRIMINAL JUSTICE, § INSTITUTIONAL DIVISION, § § Respondent. § | CIVIL ACTION NO. M-93-106 |

### ORDER

Having come on to be considered the Petitioner's Motion for Stay of Execution, the Court after considering the pleadings on file is of the opinion that said motion should be denied. It is therefore,

ORDERED, ADJUDGED, AND DECREED, that the Motion for Stay of Execution is hereby DENIED.

The Clerk shall send a copy of this Order to Counsel for Petitioner and counsel for Respondent.

Done this 12th day of May, 1993, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE