United States District Court
Southern District of Texas
FILED

MAY 12 1993

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 12 1993

MICHAEL N. MILBY, CLERK
By Deputy XChampion

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| LEONEL TORRES HERRERA,<br><br>        Petitioner,<br><br>vs.<br><br>JAMES A. COLLINS,<br>Director, Texas Department<br>of Criminal Justice,<br>Institutional Division,<br><br>        Respondent. | CIVIL ACTION<br>NO. M-93-106 |

## CORRECTED
## CERTIFICATE OF PROBABLE CAUSE TO APPEAL

I, Ricardo H. Hinojosa, United States District Judge in the above-captioned cause, in which a Petition for Writ of Habeas Corpus was denied by an Order entered on the 12th day of May 1993, do hereby ~~certify~~, pursuant to 28 U.S.C. § 2253 and Rule 22(b) of the Federal Rules of Appellate Procedure, grant the Petitioner's request for a certificate ~~that there exists~~ probable cause for appeal.

SIGNED AND ENTERED this 12th day of May, 1993 at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE