IN THE UNITED STATE COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 93-2356

LEONEL TORRES HERRERA,

                            Petitioner-Appellant,

VERSUS

JAMES COLLINS, Director,
Texas Department of Criminal Justice,
Institutional Division,

                            Respondent-Appellee.

Appeal from the United States District Court
for the Southern District of Texas

Before JOLLY, DAVIS, and JONES, Circuit Judges.

PER CURIAM:

    Petitioner-Appellant, Leonel Torres Herrera, appeals the district court's denial of habeas relief in this his fourth habeas petition. He also seeks a stay of execution.

I.

    Herrera sought habeas relief in this petition on essentially the same claim we rejected in his second petition in Herrera v. Collins, 954 F.2d 1029 (5th Cir. 1992). On appeal from our order in the same case the Supreme Court rejected essentially the same claim. 113 S. Ct. 53 (1993).

In the second habeas petition and in the instant habeas petition Herrera contends that recently obtained affidavits establish his innocence. In his current habeas petition Herrera relies on additional affidavits asserting alibis and confessions purporting to demonstrate his innocence. We have read and carefully considered all of the affidavits. We have weighed these affidavits (all of which were obtained more than ten years after the murders) against the overwhelming evidence of petitioner's guilt produced by the state during the trial. When viewed in this light, the evidence of petitioner's guilt is overwhelming. Petitioner's claim of innocence is therefore meritless.

Thus, assuming without deciding that a truly persuasive post-trial showing of innocence would render petitioner's execution unconstitutional, Herrera has not made such a showing. Reasonable minds could not differ on this conclusion.

II.

The district court issued a certificate of probable cause (CPC) with respect to this claim, although it rejected any relief. This certificate implies that the district court found that petitioner had made a substantial showing of the denial of a federal right with respect to this claim. Barefoot v. Estelle, 463 U.S. 880, 103 S. Ct. 3383, 77 L.Ed.2d 1090 (1983). Ordinarily, a stay of execution accompanies such a finding, and we are uncertain whether the district court inadvertently failed to grant a stay on this claim. Because of the ambiguity of the grant of CPC on this

claim and the failure to grant a stay, we must address the propriety of the district court's issuance of CPC.

For reasons stated above, we fully agree with the district court that this claim is meritless. We find no substantial grounds upon which relief might be granted on this claim. Accordingly, we VACATE the certificate of probable cause as improvidently granted. We AFFIRM the district court's denial of habeas relief. We also DENY Herera's application for stay of execution.

# CLERK'S OFFICE
# TRANSMITTAL COVER SHEET

## XEROX TELECOPIER 7033
## 504-589-4620

### U.S. COURT OF APPEALS, FIFTH CIRCUIT
### NEW ORLEANS, LOUISIANA

TO: Judge Hinojosa    FROM: Monica Washington

DOCUMENT DESCRIPTION: Herrera's Opinion

TOTAL NUMBER OF PAGES (INCLUDING THIS PAGE): 4

DATE: May 17, 1993

CONTACT: 504-589-4123

PERSON: